Case No. 25-693

In the United States Court of Appeals
for the Ninth Circuit

---

ADAM RICHARDS, et al.,
*Plaintiffs-Appellants*,

v.

GAVIN NEWSOM,
in his official capacity as Governor of the State of California,
*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Central District of California
Case No. 8:23-cv-02413 JVS (KESx)

---

**APPELLANTS' EXCERPTS OF RECORD
INDEX VOLUME**

---

| | |
|---|---|
| C.D. Michel | Donald Kilmer |
| Anna M. Barvir | Law Offices of Donald Kilmer, APC |
| MICHEL & ASSOCIATES, P.C. | 14085 Silver Ridge Rd. |
| 180 E. Ocean Blvd., Suite 200 | Caldwell, Idaho 83607 |
| Long Beach, CA 90802 | (408) 264-8489 |
| (562) 216-4444 | don@dklawoffice.com |
| cmichel@michellawyers.com | |

*Attorneys for Plaintiffs-Appellants*

---

May 27, 2025

Per Ninth Circuit rule 30-1.5, Plaintiffs-Appellants Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc. (D/B/A Smokin' Barrel Firearms), Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, California Rifle & Pistol Association, Incorporated, and Second Amendment Foundation submit the following Excerpts of Record, filed concurrently with their Opening Brief.

| Date | ECF | Description | Page |
|---|---|---|---|
| **Volume 1** | | | |
| 01/28/25 | 58 | Judgment | 2 |
| 10/16/24 | 49 | Order re Motion to Dismiss | 3 |
| **Volume 2** | | | |
| 11/12/24 | 50 | Notice re Plaintiffs' Failure to File a Second Amended Complaint | 32 |
| 08/02/24 | 41-1 | Declaration of Deputy Attorney General Todd Grabarsky in Support of Defendant's Motion to Dismiss Amended Complaint | 35 |
| 08/02/24 | 41-2 | Request for Judicial Notice in Support of Defendant's Motion to Dismiss Amended Complaint | 241 |
| 06/28/24 | 39 | Amended and Supplemental Complaint for Declaratory & Injunctive Relief | 245 |
| **Volume 3** | | | |
| 03/01/24 | 28 | Order re Preliminary Injunction | 322 |
| 12/21/23 | 11-2 | Declaration of Tiffany D. Cheuvront in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 345 |
| 12/21/23 | 11-12 | Declaration of Samuel A. Paredes in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 349 |

| Date | ECF | Description | Page |
|---|---|---|---|
| 12/21/23 | 11-11 | Declaration of Robert Gaalswyk in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 357 |
| 12/21/23 | 11-10 | Declaration of Richard Minnich in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 363 |
| 12/21/23 | 11-9 | Declaration of Jesse Harris in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 369 |
| 12/21/23 | 11-8 | Declaration of Jeffrey Vandermeulen in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 375 |
| 12/21/23 | 11-7 | Declaration of Gregg L. Bouslog in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 380 |
| 12/21/23 | 11-6 | Declaration of Gerald Clark in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 385 |
| 12/21/23 | 11-5 | Declaration of Erich M. Pratt in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 391 |
| 12/21/23 | 11-4 | Declaration of Alan Gottlieb in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 398 |
| 12/21/23 | 11-3 | Declaration of Adam Richards in Support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction | 404 |
| 12/20/23 | 5-11 | Declaration of Samuel A. Paredes in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 409 |
| 12/20/23 | 5-10 | Declaration of Robert Gaalswyk in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 416 |

| Date | ECF | Description | Page |
|---|---|---|---|
| 12/20/23 | 5-9 | Declaration of Richard Minnich in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 421 |
| 12/20/23 | 5-8 | Declaration of Jesse Harris in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 426 |
| 12/20/23 | 5-7 | Declaration of Jeffrey Vandermeulen in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 431 |
| 12/20/23 | 5-6 | Declaration of Gregg L. Bouslog in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 435 |
| 12/20/23 | 5-5 | Declaration of Gerald Clark in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 439 |
| 12/20/23 | 5-4 | Declaration of Erich M. Pratt in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 444 |
| 12/20/23 | 5-3 | Declaration of Alan Gottlieb in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 450 |
| 12/20/23 | 5-2 | Declaration of Adam Richards in Support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction | 455 |
| **Volume 4** | | | |
| 12/19/23 | 1 | Complaint for Declaratory & Injunctive Relief | 461 |
| 12/19/23 | 1-1 | Exhibit 1 to Complaint for Declaratory & Injunctive Relief | 576 |
| 12/19/23 | 1-2 | Declaration of Adam Richards in Support of Complaint | 588 |
| 12/19/23 | 1-3 | Declaration of Jeffrey Vandermeulen in Support of Complaint | 591 |

| Date | ECF | Description | Page |
|---|---|---|---|
| 12/19/23 | 1-4 | Declaration of Gerald Clark in Support of Complaint | 594 |
| 12/19/23 | 1-5 | Declaration of Jesse Harris in Support of Complaint | 598 |
| 12/19/23 | 1-6 | Declaration of Gregg L. Bouslog in Support of Complaint | 602 |
| 12/19/23 | 1-7 | Declaration of Robert Gaalswyk in Support of Complaint | 605 |
| 12/19/23 | 1-8 | Declaration of Samuel A. Paredes in Support of Complaint | 609 |
| 12/19/23 | 1-9 | Declaration of Richard Minnich in Support of Complaint | 615 |
| 12/19/23 | 1-10 | Declaration of Erich M. Pratt in Support of Complaint | 619 |
| 12/19/23 | 1-11 | Declaration of Alan Gottlieb in Support of Complaint | 624 |
| 01/31/25 | 59 | Plaintiffs' Notice of Appeal and Representation Statement | 628 |
| -- | -- | Trial Court Docket | 633 |

Respectfully submitted,

Dated: May 27, 2025　　　**MICHEL & ASSOCIATES, P.C.**

s/ Anna M. Barvir
Anna M. Barvir
*Attorneys for Plaintiffs-Appellants Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc. (D/B/A/Smokin' Barrel Firearms), Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, and California Rifle & Pistol Association, Incorporated*

Dated: May 27, 2025

**LAW OFFICES OF DONALD KILMER, APC**

s/ Donald Kilmer
Donald Kilmer
*Attorney for Plaintiff-Appellant Second Amendment Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, an electronic PDF of **APPELLANTS' EXCERPTS OF RECORD, INDEX VOLUME,** was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Dated: May 27, 2025                    Respectfully submitted,

**MICHEL & ASSOCIATES, P.C.**

s/ Anna M. Barvir
Anna M. Barvir
*Attorneys for Plaintiffs-Appellants*